## Strassburger's Estate

Before Van Dusen, P. J., Sinkler, Bolger, Ladner, and Hunter, JJ.

636

*Taylor & Hoar*, for exceptant.
*F. Raymond Heuges*, contra.

SINKLER, J., November 19, 1943.—The learned auditing judge has correctly decided the issues presented to him, both of law and of fact. His adjudication is comprehensive and elaboration is not required.

The exceptions are dismissed, and the adjudication is confirmed absolutely.

Klein, J., did not participate in this decision.